# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| KEITH HOBBS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 4:19-cv-9-CDL |

## NOTICE OF SETTLEMENT

Plaintiff Yvette Griffin ("Griffin") and Defendant Uber Technologies, Inc. ("Uber"), together referred to as ("the Parties"), hereby notify the Court that they have reached a settlement of Griffin's claims on an individual basis. Griffin's claims against defendant Yodel Technologies, LLC ("Yodel") were resolved in Yodel's bankruptcy proceeding. *See* Doc. 126-1. The claims of plaintiffs Terry Fabricant and Keith Hobbs were compelled to arbitration. See *Doc. 146*. The Parties therefore respectfully request the Court stay all proceedings, and permit the Parties to submit a stipulation of dismissal with respect to Griffin's claims within 45 days of this notice.

Dated: April 14, 2021                                Respectfully submitted,

By: /s/ Timothy J. Sostrin

Timothy J. Sostrin (*Pro Hac Vice*)
Keith J. Keogh (*Pro Hac Vice*)
**KEOGH LAW, LTD**
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603

Telephone: (312) 726-1092
Email: keith@keoghlaw.com
Email: tsostrin@keoghlaw.com

Anthony I. Paronich (*Pro Hac Vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
Email: anthony@paronichlaw.com

Andrew Heidarpour (*Pro Hac Vice*)
**HEIDARPOUR LAW FIRM, PLLC**
1300 Pennsylvania Ave., NW 190-318
Washington, DC 20004
Telephone: (202) 234-2727
Email: aheidarpour@hlfirm.com

Steven H. Koval
Georgia Bar No. 428905
**THE KOVAL FIRM, LLC**
3575 Piedmont Road
Building 15, Suite 120
Atlanta, Georgia 30305
Telephone: (404) 513-6651
Fax: (404) 549-4654
Email: shkoval@aol.com

*Attorneys for Plaintiffs*

By: /s/ Tiffany Cheung

Tiffany Cheung (*Pro Hac Vice*)
California Bar No. 211497
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email:  TCheung@mofo.com

Adam Hunt (*Pro Hac Vice*)
New York Bar No. 4986213
**MORRISON & FOERSTER LLP**
250 West 55th Street

New York, New York 10019-9601
Telephone: 212.336.4341
Facsimile: 212.468.7900
Email:  AdamHunt@mofo.com

Colin K. Kelly
Georgia Bar No. 781072
Joshua L. Becker
Georgia Bar No. 046046
**SHOOK, HARDY & BACON L.L.P.**
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309
Telephone:  470-867-6000
Email: ckelly@shb.com
Email: jbecker@shb.com

*Attorneys for Defendant*
*Uber Technologies, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date I electronically filed the foregoing Notice of Settlement using CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys for record.

    April 14, 2021

                                              By: /s/ Timothy J. Sostrin

                                              *Attorney for Plaintiffs*