IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **KEITH HOBBS**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **RANDALL-REILLY, LLC**, *et al.*, <br><br> *Defendants*. | No. 4:19-cv-00009-CDL |

## STIPULATION OF DISMISSAL

Plaintiffs Keith Hobbs ("Hobbs") and Terry Fabricant ("Fabricant") (together referred to as "Plaintiffs") and Defendants Uber Technologies, Inc. ("Uber") and Yodel Technologies, LLC (Yodel) (collectively referred to as "the Parties") by counsel, jointly file this stipulation of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to dismiss this action.

Plaintiffs and Uber have reached an agreement of settlement with respect to Plaintiffs' individual claims asserted in this action.[1] Accordingly, the Parties stipulate that this action be hereby **DISMISSED WITH PREJUDICE**, with each party to pay their own costs and attorneys' fees. The dismissal as to the alleged claims of putative class members is without prejudice.

**SO STIPULATED.**

| | |
|---|---|
| /s/ Timothy J. Sostrin | /s/ Tiffany Cheung |
| Keith J. Keogh | Tiffany Cheung |
| Timothy J. Sostrin | Pro Hac Vice |
| Admitted *pro hac vice* | California Bar No. 211497 |
| KEOGH LAW, LTD | Morrison & Foerster LLP |
| 55 West Monroe Street, Suite 3390 | 425 Market Street |
| Chicago, Illinois 60603 | San Francisco, California 94105-2482 |

---

[1] Plaintiffs' claims against defendant Yodel Technologies, LLC ("Yodel") were resolved in Yodel's bankruptcy proceeding. *See* Doc. 126-1.

40296630

Telephone: (312) 726-1092
Email: keith@keoghlaw.com
Email: tsostrin@keoghlaw.com

Anthony I. Paronich
Admitted *pro hac vice*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
Email: anthony@paronichlaw.com

Andrew Heidarpour
Admitted *pro hac vice*
HEIDARPOUR LAW FIRM, PLLC
1300 Pennsylvania Ave., NW 190-318
Washington, DC 20004
Telephone: (202) 234-2727
Email: aheidarpour@hlfirm.com

Steven H. Koval
Georgia Bar No. 428905
THE KOVAL FIRM, LLC
3575 Piedmont Road
Building 15, Suite 120
Atlanta, Georgia 30305
Telephone: (404) 513-6651
Fax: (404) 549-4654
Email: shkoval@aol.com


*Counsel for Plaintiffs*

Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: TCheung@mofo.com

Adam Hunt
Pro Hac Vice
New York Bar No. 4986213
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.336.4341
Facsimile: 212.468.7900
Email: AdamHunt@mofo.com

Colin K. Kelly
Georgia Bar No. 781072
Joshua L. Becker
George Bar No. 046046
SHOOK, HARDY & BACON L.L.P.
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309
Telephone: 470-867-6000
Email: ckelly@shb.com
Email: jbecker@shb.com

*Counsel for Defendant Uber Technologies, Inc.*



By: /s/ Stephen A. Watkins

David J. Kaminski (*Pro Hac Vice*)
Stephen A. Watkins (*Pro Hac Vice*)
**CARLSON & MESSER LLP**
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Email: kaminskid@cmtlaw.com

Bryan S. Kaplan
**KAPLAN LEGAL SERVICES, LLC**
6065 Roswell Road, Suite 540
Atlanta, GA 30328
Telephone: (404) 205-5835

2

40296630

Email: bk@kaplanlawga.com

*Attorneys for Defendant*
*Yodel Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys for record.

September 24, 2021

By: /s/ Timothy J. Sostrin

*Attorney for Plaintiffs*

40296630